IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB COLE and JENNIFER CARNWRIGHT HIBBERT, as parents and natural guardians of Levi Cole, deceased, and as Co-Administrators of the Estate of Levi Cole,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BRIAR JENKINS and TROY BOROUGH,<br><br>　　　　Defendants. | No. 4:21-CV-1779<br><br>(Chief Judge Brann) |

## ORDER

**AND NOW**, this 17th day of June 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 9) is **GRANTED WITH PREJUDICE** as to Counts I, II, and III of Plaintiffs' Amended Complaint (Doc. 8).

2. Defendants' motion to dismiss (Doc. 9) is **GRANTED WITHOUT PREJUDICE** as to Count IV of Plaintiffs' Amended Complaint (Doc. 8).

3. Plaintiffs may file a Second Amended Complaint no later than July 1, 2022.

4.  This Second Amended Complaint may only include 42 U.S.C. § 1983 claims against Troy Borough.

5.  This Second Amended Complaint may not include 42 U.S.C. § 1983 claims against Defendant Briar Jenkins or state-law negligence claims.

6.  If Plaintiffs do not file a Second Amended Complaint on or before July 1, 2022, their § 1983 claims against Troy Borough will be subject to dismissal with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge