IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB COLE and JENNIFER CARNWRIGHT HIBBERT, as parents and natural guardians of Levi Cole, deceased, and as Co-Administrators of the Estate of Levi Cole,<br><br>    Plaintiffs,<br><br>    v.<br><br>TROY BOROUGH,<br><br>    Defendant. | No. 4:21-CV-01779<br><br>(Chief Judge Brann) |

## ORDER

### DECEMBER 12, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Defendants' Motion to Dismiss (Doc. 23) is **GRANTED**. The Plaintiffs' Second Amended Complaint (Doc. 18) is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge